05-CV-01593-NTC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RENEE A. WALKER,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner, Social Security Administration,

    Defendant.

Case No. C05-1593-MJP

ORDER OF REMAND

The Court, having reviewed plaintiff's complaint, all papers and exhibits in support and in opposition to that complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The final decision of the Commissioner is REVERSED and this matter is REMANDED to the Social Security Administration for further administrative proceedings; and

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 24 day of July, 2006.

MARSHA J. PECHMAN
United States District Judge